No. 573. JAMES C. DAVIS, AS AGENT, ETC., v. PORTLAND SEED COMPANY. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Arthur C. Spencer, Mr. Charles E. Cochran* and *Mr. John F. Finerty* for petitioner. *Mr. James G. Wilson* for respondent.

No. 577. BALTIMORE & OHIO SOUTHWESTERN RAILROAD COMPANY v. GUERNEY O. BURTCH. November 13, 1922. Petition for a writ of certiorari to the Supreme Court of the State of Indiana granted. *Mr. Morrison R. Waite* for petitioner. *Mr. Merrill Moores* for respondent.

No. 579. QUEEN INSURANCE COMPANY OF AMERICA v. GLOBE & RUTGERS FIRE INSURANCE COMPANY. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. D. Roger Englar* and *Mr. Oscar R. Houston* for petitioner. *Mr. Charles C. Burlingham* and *Mr. Van Vechten Veeder* for respondent.

No. 583. JAMES C. DAVIS, AS AGENT, ETC., v. E. M. MATTHEWS, ADMINISTRATOR, ETC. November 13, 1922. Petition for a writ of certiorari to the Supreme Court of the State of South Carolina granted. *Mr. Henry E. Davis* for petitioner. *Mr. Felix E. Alley* for respondent.

No. 587. ALVAH CROCKER ET AL., TRUSTEES, v. JOHN F. MALLEY, COLLECTOR, ETC. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Felix Rackemann* for petitioners. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. Charles H. Weston* for respondent.